IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

No. 4:12CV 741 JMM

ROBERT DEAN ATKINS

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Robert Dean Atkins, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the plaintiff in the amount of $17,371.20.

2. Execution of the Judgment shall be stayed on the condition that the defendant shall satisfy this Judgment by making monthly installment payments automatically withheld from his Social Security check in the amount of at least (10% of his gross monthly income) $128.00*, commencing with the 10th day of the next calendar month and continuing each and every month thereafter until the Judgment is satisfied in full.  Defendant agrees to have a lien placed on any property he may own, including his home, and to tax interception.  All check or money orders are to be made payable to U.S. District Court Clerk, 600 W. Capitol, Room 402, Little Rock, Arkansas 72201.

3. That the defendant shall submit to the plaintiff for review on at least an annual basis a statement of his financial condition and that such information shall be grounds to increase the payments of the defendant to the plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where the plaintiff deems appropriate.

5. In the event the defendant defaults in the payment of any installment due under this order, upon application by the plaintiff after notice to the defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Robert Dean Atkins, 45 Irving Lane, Dundee, MS 38626, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:
CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_____        November 19, 2012
LINDA B. LIPE                           Date
ASSISTANT U.S. ATTORNEY

_____        November 19, 2012
ROBERT DEAN ATKINS                      Date
DEFENDANT

_____        November 19, 2012
LOUIS ETOCH                             Date
ATTORNEY FOR DEFENDANT


APPROVED:

_____        11/28/12
UNITED STATES ~~MAGISTRATE~~ JUDGE      Date
         DISTRICT